**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **PARKERVISION, INC.,** *Plaintiff* | § § § | |
| | § | W-20-CV-00562-ADA |
| -v- | § § | |
| **INTEL CORPORATION,** *Defendant* | § § § | |

**ORDER APPOINTING TECHNICAL ADVISOR**

The Court hereby appoints Dr. Joshua J. Yi to serve as the Technical Advisor for the Court in this case. Dr. Yi's contact information is as follows:

> Dr. Joshua J. Yi
> 8650 Spicewood Springs Road, Suite 145, #226
> Austin, TX 78759
> josh@joshuayipatentlaw.com

Dr. Yi will assist the Court with technical issues related to the claim construction process and advise the Court regarding preliminary and final claim constructions. Because a technical advisor serves essentially as a law clerk to the Court and will be familiar with the claim construction issues in this case, Dr. Yi may also assist the Court in drafting a claim construction order.

The parties are instructed to mail a paper copy of the claim construction briefs and a USB drive with any exhibits and/or technology tutorials to the above address no later than at least 10 days before the claim construction hearing.

Finally, depending on the needs of the case, Dr. Yi may also assist the Court with motions for summary judgment, Daubert motions, at trial, and with post-trial motions.

**SIGNED** this 21th day of December, 2020.

                                     ALAN D ALBRIGHT
                                     UNITED STATES DISTRICT JUDGE