# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| PARKERVISION, INC.,<br>　　　　　　　Plaintiff,<br><br>vs.<br><br>INTEL CORPORATION,<br>　　　　　　　Defendant. | Civil Action No. 6:20-cv-00562-ADA<br><br>**JURY TRIAL DEMANDED** |

## AGREED POST-MARKMAN SCHEDULING ORDER

This Court, after considering Plaintiff ParkerVision, Inc. and Defendant Intel Corporation's Joint Motion to Enter Agreed Post-Markman Scheduling Order, is of the opinion that the Joint Motion should be **GRANTED**.

It is therefore **ORDERED** that the Parties' Joint Motion is **GRANTED** and the Scheduling Order is hereby entered:

| **Proposed Deadline** | **Event** |
|---|---|
| June 25, 2021 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| Aug. 12, 2021 | Deadline to add parties. |
| Nov. 18, 2021 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement or Invalidity contentions.<br><br>This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| Dec. 16, 2021 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) |
| Jan. 26, 2022 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's Law Clerk to arrange a teleconference with the Court to resolve the disputed issues. |

| **Proposed Deadline** | **Event** |
|---|---|
| Mar. 10, 2022 | Close of Fact Discovery. |
| Apr. 14, 2022 | Opening Expert Reports. |
| May 19, 2022 | Rebuttal Expert Reports. |
| June 23, 2022 | Close of Expert Discovery |
| June 30, 2022 | Deadline for the second of two meet and confer to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| July 21, 2022 | Dispositive motion deadline and Daubert motion deadline.<br><br>See General Issues Note #9 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| Aug. 11, 2022 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| Aug. 25, 2022 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| Sept. 8, 2022 | Serve objections to rebuttal disclosures and File Motions in limine. |
| Sept. 27, 2022 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions in limine. |
| Oct. 3, 2022 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions in limine. |

| Proposed Deadline | Event |
|---|---|
| Oct. 11, 2022 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions in limine. |
| Oct. 17, 2022 | Final Pretrial Conference. The Court expects to set this date at the conclusion of the Markman Hearing. |

**SIGNED** THIS 16th day of September, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE