**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

PARKERVISION, INC.

Plaintiff,

vs.

INTEL CORPORATION

Defendant.

C.A. No. 6:20-cv-562-ADA

**JURY TRIAL DEMANDED**

**STIPULATION AND ORDER OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through the undersigned counsel, hereby stipulate and agree to dismissal with prejudice of Plaintiff ParkerVision, Inc's claims against Defendant Intel Corporation, and to dismissal with prejudice of Defendant Intel Corporation's counterclaims against Plaintiff. The parties further agree to waive any right to appeal or otherwise move for relief from this Stipulation and Order. Each party shall bear its own costs and attorneys' fees with respect to the action.

Dated: February 8, 2023

*/s/ J. Stephen Ravel*

J. Stephen Ravel
Texas State Bar No. 16584975
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
steve.ravel@kellyhart.com

*/s/ Raymond W. Mort, III*

Raymond W. Mort, III
Texas State Bar No. 00791308
THE MORT LAW FIRM, PLLC
501 Congress Avenue, Suite 150
Austin, Texas 78701
Tel: 512-865-7950
raymort@austinlaw.com

James E. Wren
Texas State Bar No. 22018200
One Bear Place, Unit 97288
Waco, Texas 76798
Tel: (254) 710-7670
james.wren@baylor.edu

Harry L. Gillam, Jr.
Texas State Bar No. 07921800
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Tel.: (903) 934-8450
Fax: (903) 934-9257
gil@gillamsmithlaw.com

Michael J. Summersgill (pro hac vice)
Sarah B. Petty (pro hac vice)
Harry Hanson (pro hac vice)
Samuel C. Leifer (pro hac vice)
Alicia Coneys (pro hac vice)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
michael.summersgill@wilmerhale.com
sarah.petty@wilmerhale.com
harry.hanson@wilmerhale.com
samuel.leifer@wilmerhale.com
alicia.coneys@wilmerhale.com

Todd Zubler (pro hac vice)
Isley M. Gostin (pro hac vice)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6000
todd.zubler@wilmerhale.com
isley.gostin@wilmerhale.com

Mary (Mindy) V. Sooter (pro hac vice)
WILMER CUTLER PICKERING HALE AND

Of counsel:
Ronald M. Daignault (pro hac vice)*
Chandran B. Iyer (pro hac vice)
Scott R. Samay (pro hac vice)*
Jason S. Charkow (pro hac vice)*
Oden Burger (pro hac vice)*
Stephanie R. Mandir (pro hac vice)
Zachary H. Ellis
(Texas State Bar No. 24122606)*
DAIGNAULT IYER LLP
8618 Westwood Center Drive – Suite 150
Vienna, Virginia 22182

rdaignault@daignaultiyer.com
cbiyer@daignaultiyer.com
ssamay@daignaultiyer.com
jcharkow@daignaultiyer.com
oburger@daignaultiyer.com
smandir@daignaultiyer.com
zellis@daignaultiyer.com

**Not admitted in Virginia*

*Attorneys for Plaintiff ParkerVision, Inc.*


DORR LLP
1225 17th Street, Suite 2600
Denver, Colorado 80202
Tel: (720) 274-3135
mindy.sooter@wilmerhale.com

Robert J. Gunther Jr. (pro hac vice)
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8830
robert.gunther@wilmerhale.com

Jason F. Choy (pro hac vice)
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Tel: (213) 443-5300
jason.choy@wilmerhale.com

*Attorneys for Defendant Intel Corporation*

IT IS SO ORDERED.

Dated: ________________________

________________________________
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE